# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0777. LANDRESS v. THE STATE.**

Having had an opportunity to fully consider the entire record in this case, we hereby dismiss this interlocutory appeal as having been improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/09/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*